THE STATE *ex rel.* ROSENBLATT, *Collector,* v. THE ILLINOIS & ST. LOUIS BRIDGE COMPANY, *Appellant.*

Sections 5 and 11 of the act of April 17th, 1877, providing for the collection of delinquent taxes, are constitutional.

*Appeal from St. Louis Court of Appeals.*

AFFIRMED.

*Broadhead, Slayback & Haeussler* for appellant.

*King & Chapin* for respondent.

HOUGH, J.—We are of opinion that sections 5 and 11 of the act of April 17th, 1877, providing for the collection of delinquent taxes, are constitutional ; and as the proceed-

ing before us has been conducted in substantial compliance with the provisions of that act, the judgment of the court of appeals will be affirmed.    All concur.